■     THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH RODER, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the Supreme Court, Kings County, dated August 8, 1967, which denied the application, without a hearing. Order affirmed. In our opinion, under the facts and circumstances adduced, there is no adequate basis for a conclusion that the sentencing Justice abused his discretion in denying, after inquiry, but without a formal hearing, defendant's motion to withdraw his plea of guilty. We have considered defendant's claims of innocence and an induced plea, as predicates for his motion to withdraw, and, on the facts and circumstances disclosed in the record, find these claims to be without merit. Moreover, since the guilty plea was entered during trial after the People had put in their prima facie case, we consider the potential prejudice to the People a significant factor in the over-all evaluation of defendant's right to withdraw his plea. Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■     THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VAN MCINTYRE, Appellant.— Appeal by defendant from an order of the Supreme Court, Kings County, dated October 21, 1966, which denied, without a hearing, his motion in the nature of a writ of error *coram nobis* to vacate a judgment of said court rendered May 5, 1965, convicting him of robbery in the third degree, upon a guilty plea, and imposing sentence. Appeal dismissed as academic. Subsequent to the entry of the order, and on June 24, 1968, the said judgment was vacated in another proceeding and defendant was resentenced *nunc pro tunc* as of May 5, 1965, thus superseding the original judgment. The superseding judgment is now the subject of a pending appeal. However, we have considered the merits of the appeal and if it were not being dismissed, we would affirm the order for lack of merit to the appeal. Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■     THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH M. PAQUETTE, Appellant, v. CHARLES CYRTA, as Warden of the Suffolk County Jail, Respondent.— Judgment of the Supreme Court, Suffolk County, dated March 21, 1969, affirmed, without costs, and without prejudice to relator instituting another habeas corpus proceeding if he is not brought to trial on the indictment, dated March 29, 1967, charging him with murder in the first degree, by June 2, 1969. No opinion. The notice of appeal is herewith amended to show that the appeal is from said judgment instead of from a supposed order dated January 20, 1969. Beldock, P. J., Christ, Rabin, Benjamin and Kleinfeld, JJ., concur.